UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINTIN SPARGUR,<br><br>            Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | CASE NO. 2:25-cv-541-JNW<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter comes before the Court on Plaintiff Quintin Spargur's Application to Proceed in Forma Pauperis (IFP). Dkt. No. 1. In his application, Spargur reports a net monthly salary of $4,538 and a total of $5,000 in savings. *Id.* at 1–2. Spargur lists $2,000 to $3,000 per month in expenses, including rent, food, household, gas, school books, "kids necessities," shoes, cloths and school. *Id.* at 2.

Based on the information provided, Spargur makes an annual salary of around $54,456. Spargur does not state how many people are in his family, but Spargur's annual income is greater than the 2025 U.S. Federal Poverty Guidelines for eight person families. Spargur also lists a greater net salary than expenses, which appears to leave sufficient funds to pay the filing fee.

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

Accordingly, the Court DENIES Spargur's application to proceed in forma pauperis without prejudice. Spargur must pay the filing fee or file a new in forma pauperis application that demonstrates his financial need within 21 days from the date of this order.

Dated this 6th day of May, 2025.

Jamal N. Whitehead
United States District Judge